**Geoffrey Lynn SIMPKINS, Plaintiff–Appellant,**

v.

**Robert HARDESTY, Terry Bulter, John Shively, Defendants–Respondents.**

**No. 56500.**

Missouri Court of Appeals, Eastern District, Division One.

Nov. 21, 1989.

Geoffrey Lynn Simpkins, Farmington, pro se.

William L. Webster, Atty. Gen., Jefferson City, for Hardesty.

Terry Bulter, Farmington, pro se.

John Shively, Farmington, pro se.

ORDER

Plaintiff, an inmate, filed a small claims petition seeking a $107.00 judgment against defendants for property which he claims was taken from his cell while he was in temporary detention. The small claims court dismissed the petition for failure to state a cause of action. Plaintiff appealed to the circuit court, and after a trial de novo at which defendants did not appear, the court entered judgment for defendants. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).